No. 27. Martínez *v.* Abril.—Appeal from the District Court of ·Aguadilla. Decided March 19, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Díaz Navarro* for appellant. *Mr. Vázquez* for respondent.

No. 117. García *v.* Dávila et al.—Appeal from the District Court of Mayagüez. Decided March 23, 1906. Appeal dismissed on the ground that the order appealed from was not appealable. *Mr. Antonsanti* for appellant. *Mr. Méndez Vaz* for respondent.

No. 31. Bou *v.* Padró.—Appeal from the District Court of Arecibo. Decided April 22, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Díaz Navarro* for respondent.

No. 34. Lamboglia *v.* The School Board of Guayama.— Appeal from the District Court of Guayama. Decided April ·9, 1906. Appeal dismissed for failure to comply with section ·299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Bernardini* for respondent.